IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Civil Case No.: 5:26-cv-00018-D-KS

| | |
|---|---|
| JONATHAN HATCHER,<br><br>Plaintiff,<br><br>v.<br><br>BASF CORPORATION, YUN-JEONG HONG, and MILIND SINGH,<br><br>Defendants. | ORDER |

This matter comes before the Court on the parties' Joint Motion to Amend Scheduling Order and Extend Case Deadline ("Joint Motion"). The Court finds that the Joint Motion is supported by good cause and, as a result, the Joint Motion is hereby GRANTED.

It is therefore ORDERED that the Scheduling Order be modified as follows: Mediation shall be completed by October 15, 2026.

So ordered this 24 day of September 2026.

J. Dever

JAMES C. DEVER III
United States District Judge