IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Civil Case No.: 5:26-cv-00018-D-KS

| | |
|---|---|
| JONATHAN HATCHER,<br><br>Plaintiff,<br><br>v.<br><br>BASF CORPORATION, YUN-JEONG HONG, and MILIND SINGH,<br><br>Defendants. | ORDER |

This matter coming before the Court on Plaintiff's Motion to Amend Scheduling Order and Extend Case Deadline ("Plaintiff's Motion"). The Court finds that Plaintiff's Motion is supported by good cause and, as a result, Plaintiff's Motion is hereby GRANTED.

It is therefore ORDERED that the Scheduling Order be modified as follows: All discovery shall be completed by October 1, 2026.

So ordered this 24 day of September 2026.

J. Dever
JAMES C. DEVER III
United States District Judge