IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Civil Case No.: 5:26-cv-00018-D-KS

| | |
|---|---|
| JONATHAN HATCHER,<br><br>Plaintiff,<br><br>v.<br><br>BASF CORPORATION, YUN-JEONG HONG, and MILIND SINGH,<br><br>Defendants. | **DEFENDANTS' NOTICE OF WITHDRAWAL OF THEIR MOTION FOR PROTECTIVE ORDER (DKT. #32)** |

Defendants BASF Corporation ("BASF"), Yun-Jeong-Hong ("Hong"), and Milind Singh ("Singh") (collectively, "Defendants"), hereby submit this Notice withdrawing their Motion for Protective Order Pursuant to Fed. R. Civ. P. 26(c) filed on September 14, 2026. In support of their withdrawal Defendants state in pertinent part:

On September 14, 2026, Defendants filed a Motion for Protective Order Pursuant to Fed. R. Civ. P. 26(c) ("Motion for Protective Order") (Dkt. #32). Later that same day, Plaintiff filed a Motion to Amend Scheduling Order to Extend Deadline to Complete Discovery ("Motion to Extend Discovery") (Dkt. #34). On September 18, 2026, Defendants filed a Response opposing the Motion to Extend Discovery. (Dkt. #36). On September 21, 2026, Plaintiff's Motion to Extend Discovery was submitted for ruling.

On September 24, 2026, this Court entered an Order granting Plaintiff's Motion to Extend Discovery, which extended the discovery deadline to October 1, 2026 ("Order"). (Dkt. #39).

In light of the Court's Order entered on September 24, 2026, Defendants respectfully withdraw their Motion for Protective Order.

Respectfully submitted this the 28th day of September, 2026.

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

*/s/ Vanessa N. Garrido*
Kevin S. Joyner (N.C. Bar No. 25605)
Vanessa N. Garrido (N.C. Bar No. 53470)
8529 Six Forks Road
Forum IV, Suite 600
Raleigh, North Carolina 27615
Telephone: 919.787.9700
Facsimile: 919.783.9412
Email: kevin.joyner@ogletree.com
E-mail: vanessa.garrido@ogletree.com
*Attorneys for Defendants*