IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Civil Case No.: 5:26-cv-00018-D-KS

| | |
|---|---|
| JONATHAN HATCHER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| BASF CORPORATION, YUN-JEONG HONG, and MILIND SINGH, | ) |
| | ) |
| | ) |
| Defendants. | ) |
| | ) |

**ORDER**

This matter coming before the Court on the Joint Motion for Extension of Time to File Dispositive Motions ("Defendants' Motion"). The Court finds that the Parties' Joint Motion is supported by good cause and, as a result, the Parties' Joint Motion is hereby GRANTED.

It is therefore **ORDERED** this 27 day of October, 2026 that the Scheduling Order be modified as follows: The deadline to file all potentially dispositive motions shall be November 13, 2026.

JAMES C. DEVER III
United States District Judge